# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREVOR BIRDSBILL,<br><br>Defendant. | Case No. CR-22-38-GF-BMM<br><br><br>ORDER |

Trevor Birdsbill, Defendant in the above-entitled action, having filed a Motion to Exceed word limit, there being no objection from the Government and good cause appearing: IT IS HEREBY ORDERED that the Defendant's Memorandum in Support of Motion to Dismiss may exceed the word limit contained in L.R. 47.2(a).

DATED this 18th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court

1