IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 22-38-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| TREVOR BIRDSBILL, | |
| Defendant. | |

Pending before the Court is the motion of the United States for additional time, until Monday, June 5, 2023, to responds to Birdsbill's motions to dismiss and to suppress evidence (Docs. 38 and 41). The motion is unopposed. For good cause, IT IS ORDERED that the United States will file its response to Birdsbill's motions to dismiss and suppress evidence (Docs. 38 and 41) on or before Monday, June 5, 2023.

DATED this 5th day of June 2023.

_____
Brian Morris, Chief District Judge
United States District Court