IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br><br><br>TREVOR BIRDSBILL,<br><br>　　　　　　Defendant. | CR-22-38-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 9, 2025. (Doc. 98.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 12, 2025 (Doc. 97.) The United States accused Trevor Birdsbill (Birdsbill) of violating the

conditions of his supervised release by: (1) committing the felony offense of Driving a Motor Vehicle While Under the Influence of an Intoxicating Liquor or Drugs, Aggravated, in violation of Fort Peck Tribal Code Title 17, CCOS 107-B on April 11, 2025; (2) committing the felony offense of Criminal Endangerment, in violation of Fort Peck Tribal Code Title 7, CCOS 234 on April 11, 2025; (3) committing the misdemeanor offense of Criminal Mischief, in violation of Fort Peck Tribal Code Title 7, CCOS 322 on April 11, 2025; and (4) consuming alcohol on April 11, 2025. (Doc. 84.)

At the revocation hearing, Birdsbill admitted he had violated the terms of his supervised release as alleged in the Petition. Birdsbill was advised of his right to appeal and allocute before the undersigned. (Doc. 97.)

Judge Johnston found that violations Birdsbill admitted prove serious and warrants revocation of his supervised release and recommends a term of custody of time served with 50 months of supervised release to follow. (Doc. 98.)

The violations prove serious and warrant revocation of Birdsbill's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 98) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Trevor Birdsbill be sentenced for a term of custody of time served 50 months of supervised release to follow.

DATED this 1st day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts